IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CV-00681-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $29,515.00 IN U.S. CURRENCY and | ) |
| $19,993.00 IN U.S. CURRENCY, | ) |
| | ) |
| Defendants. | ) |

CONSENT JUDGMENT

By signing below, the undersigned parties inform the Court that they have settled the litigation in this matter and consent to the entry of this Order. It is, therefore,

ORDERED that Claimant shall forfeit to the United States of America $19,515.00 of the $29,515.00 in U.S. Currency seized on July 14, 2020 (Defendant No. 1) and the entire $19,993.00 in U.S. Currency seized on January 25, 2021 (Defendant No. 2), to be disposed of by the United States Department of Justice according to law;

ORDERED that the United States shall return to the Claimant $10,000.00 of the $29,515.00 in U.S. Currency seized on July 14, 2020 (Defendant No. 1), less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect. Payment shall be made payable to

1

Darrel Tyrell Bynum, Jr., via electronic funds transfer by the U.S. Marshals Service according to the information provided on a properly executed UFMS Vendor Request Form; and

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

Upon the entry of this Order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 3d day of January, 2022.

*Richard E. Myers II*
RICHARD E. MYERS II
Chief United States District Judge

Consented to by:

_____
MATTHEW L. FESAK
Assistant United States Attorney

_____
JUSTIN P. MOYER
Attorney for Claimant Darrel Tyrell Bynum, Jr.

Darrel Tyrell Bynum, Jr., via electronic funds transfer by the U.S. Marshals Service according to the information provided on a properly executed UFMS Vendor Request Form; and

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

Upon the entry of this Order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED, this \_\_\_ day of September, 2021.

RICHARD E. MYERS II
Chief United States District Judge

Consented to by:

MATTHEW L. FESAK
Assistant United States Attorney

JUSTIN P. MOYER
Attorney for Claimant Darrel Tyrell Bynum, Jr.

2